479 A.2d 1136

Commonwealth v. Wilson, Appellant.
Petition for Allowance of Appeal
Denied Jan. 8, 1985.

Submitted May 16, 1984. James N. Fitzsimmons, Jr., for appellant;

Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, POPOVICH and HESTER, JJ.

Judgment of sentence affirmed.